IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR242 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE JUAN VARGAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REGARDING MATERIAL WITNESS: CAROLINA ORDONEZ**

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named witness in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Patrick R. Runge is appointed to represent the above-named witness in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Patrick R. Runge.

DATED this 12th day of July, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge