IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR242 |
| | ) | |
| JOSE JUAN VARGAS and | ) | **SCHEDULING ORDER** |
| MARISOL PEREZ-HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS ORDERED that the following are set for hearing on **September 7, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion to Suppress Evidence  [27] filed by defendant Jose Juan Vargas
   - Motion to Suppress [25] filed by defendant Marisol Perez-Fernandez

   Since this is a criminal case, the defendants must be present, unless excused by the Court.   An interpreter will be provided by the Court.

   DATED this 2nd day of August, 2005.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge