IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>              Plaintiff,                   )<br>                                                          )<br>      vs.                                             )<br>                                                          )<br>ALBERT COSIMO and JOSE JUAN  )<br>VARGAS,                                       )<br>                                                          )<br>              Defendants.                )  | Case No. 8:05CR242<br><br>AMENDED SCHEDULING ORDER |

This matter is before the court on the oral motion of Nancy Svoboda, counsel for the government, to reschedule the hearings on the motions to suppress filed by Albert Cosimo (#23) and by Jose Juan Vargas (#27). Opposing counsel have been consulted and have no objection. For good cause shown, the court finds the motion should be granted.

**IT IS ORDERED:**

1. The Government's oral motion to continue is granted.

2. The hearing on defendant Albert Cosimo's Motion to Suppress (#23) set for September 2, 2005 is continued to **September 13, 2005 at 9:00 a.m.**, before the undersigned magistrate judge.

3. The hearing on defendant Jose Juan Vargas' motion to suppress (#27) set for September 7, 2005 is continued to **September 13, 2005 at 9:00 a.m.,** before the undersigned magistrate judge.

Dated this 1st day of September 2005.

BY THE COURT:


S/ F.A. Gossett
United States Magistrate Judge