IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR242 |
| | ) | |
| ALBERT P. COSIMO, | ) | |
| JOSE JUAN VARGAS, | ) | |
| | ) | |
| Defendants. | ) | |

UPON THE ORAL MOTION of the defendant, Jose Juan Vargas, and no objection from counsel,

IT IS ORDERED  the following motions are rescheduled for hearing on **September 30, 2005 at 1:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress Physical Evidence [23] filed by defendant Albert P. Cosimo
- Motion to Suppress Evidence  [27] filed by defendant Jose Juan Vargas

Since this is a criminal case, the defendant must be present, unless excused by the Court.  An interpreter will be provided by the Court.

DATED this 13th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge